# In the United States District Court for the Southern District of Georgia Brunswick Division

JOHN HADLOCK, as natural parent
and guardian of D.H., a minor,

    Plaintiff,

    v.

GOLDEN SHORES HOLDINGS, LLC
d/b/a GOLDEN SHORES MOBILE HOME
PARK,

    Defendant.

2:22-CV-107

## ORDER

On October 23, 2023, the Court entered an Order on the Parties' Petition to Compromise a Doubtful Claim of a Minor.  Dkt. No. 31.  Therein, the Court acknowledged the Parties had reached a settlement agreement and set forth the Parties' payment obligations.  Now before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 32, which the Court construes as a motion.  Therein, Plaintiff requests this case be dismissed with prejudice.  After consideration of the motion, and Defendant having filed no objection thereto, the motion is **GRANTED**.  Accordingly, all claims asserted in this action are hereby **DISMISSED with prejudice**.  This case remains closed.

**SO ORDERED,** this ___5___ day of December, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA